ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Patricia I. Romero, Inc. d/b/a Pacific West Builders | ) ASBCA No. 63093 |
| | ) |
| | ) |
| Under Contract No. N62473-08-D-8655 | ) |

APPEARANCE FOR THE APPELLANT:      David A. Rose, Esq.
                                                            Rose Consulting Law Firm
                                                            Valdosta, GA

APPEARANCES FOR THE GOVERNMENT:   Craig D. Jensen, Esq.
                                                            Navy Chief Trial Attorney
                                                            Joshua S. Kauke, Esq.
                                                            Trial Attorney

ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: July 12, 2023

THOMAS P. MCLISH
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63093, Appeal of Patricia I. Romero, Inc. dba Pacific West Builders, rendered in conformance with the Board's Charter.

Dated: July 13, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals